■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. HAYES, Appellant.—Judgment unanimously affirmed. Memorandum: County Court properly exercised its discretion in admitting into evidence the prior sworn statements of a prosecution witness as past recollection recorded

*(see, People v Dillenbeck,* 115 AD2d 331; *People v Raja,* 77 AD2d 322, 325-326). We conclude that defendant's conviction of murder in the second degree was based upon legally sufficient evidence and was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495).

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from Judgment of Erie County Court, D'Amico, J.—Murder, 2nd Degree.) Present— Green, J. P., Lawton, Boehm, Fallon and Davis, JJ.